IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

JUNE MEDICAL SERVICES LLC d/b/a HOPE MEDICAL GROUP FOR WOMEN, on behalf of its patients, physicians, and staff; BOSSIER CITY MEDICAL SUITE, on behalf of its patients, physicians, and staff; JOHN DOE 1, M.D.; JOHN DOE 2, M.D.; and JOHN DOE 3, M.D.,

                Plaintiffs,

  v.

REBEKAH GEE, in her official capacity as Secretary of the Louisiana Department of Health and Hospitals; JEFF LANDRY, in his official capacity as Attorney General of Louisiana; J. MICHAEL BURDINE, MD, in his official capacity as President of the Louisiana State Board of Medical Examiners; JAMES E. STEWART, SR., in his official capacity as District Attorney for Caddo Parish; and J. SCHUYLER MARVIN, in his official capacity as District Attorney for Bossier and Webster Parishes,

                Defendants.

Case No.

## PLAINTIFFS' MOTION FOR A PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, Plaintiff John Doe 1, M.D., Plaintiff John Doe 2, M.D., and Plaintiff John Doe 3, M.D. (collectively, the "Doctors") by and through their undersigned counsel, and upon the accompanying declarations and memorandum of law, hereby move this Court for a protective order:

(a) permitting the Doctors to proceed in this litigation using pseudonyms;

(b) placing the real names of the Doctors under seal; and

(c) prohibiting Defendants, their employees, agents, and successors in office, including

their attorneys, from disclosing the real names of the Doctors, without leave of the Court to:

(i) anyone employed by the Attorney General of Louisiana, the Louisiana Department of Health and Hospitals, the Louisiana State Board of Medical Examiners, the District Attorney's Office for Caddo Parish, or the District Attorney's Office for Bossier and Webster Parishes who is not directly involved in this litigation; and

(ii) anyone outside of the Attorney General of Louisiana, the Louisiana Department of Health and Hospitals, the Louisiana State Board of Medical Examiners, the District Attorney's Office for Caddo Parish, or the District Attorney's Office for Bossier and Webster Parishes other than any outside counsel that is specifically retained by such parties to represent their interests in this litigation.

Dated:  July 1, 2016                    Respectfully submitted,

                                        /s/     William E. Rittenberg

                                        William E. Rittenberg
                                        Louisiana State Bar No. 11287
                                        RITTENBERG, SAMUEL AND PHILLIPS, LLC
                                        715 Girod St.
                                        New Orleans, LA 70130-3505
                                        (504) 524-5555
                                        rittenberg@rittenbergsamuel.com

                                        Janet Crepps*
                                        David Brown*
                                        Zoe Levine*
                                        Molly Duane*
                                        CENTER FOR REPRODUCTIVE RIGHTS
                                        199 Water Street, 22nd Floor
                                        New York, NY 10038
                                        (864) 962-8519
                                        jcrepps@reprorights.org

                                        David Scannell*
                                        MORRISON & FOERSTER LLP
                                        2000 Pennsylvania Avenue, NW
                                        Suite 6000
                                        Washington, DC 20006-1888

(202) 887-1500
dscannell@mofo.com

*Attorneys for Plaintiffs June Medical Services LLC d/b/a Hope Medical Group for Women, Bossier City Medical Suite, John Doe 1, M.D., John Doe 2, M.D., and John Doe 3, M.D.*

*A dmission pro hac vice pending

3

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of July, 2016, a copy of the foregoing Motion for a Protective Order, and all of its attachments and exhibits, is being served via overnight mail to the following parties:

REBEKAH GEE
Secretary of the Louisiana Department of Health and Hospitals
Louisiana Department of Health
628 N. 4th Street
Baton Rouge, LA 70802
Fax: 225-342-5568

JEFF LANDRY
Office of the Louisiana Attorney General
1885 N. Third Street
Baton Rouge, LA 70802
Fax: 225-326-6096

J. MICHAEL BURDINE, MD
Louisiana State Board of Medical Examiners
630 Camp Street
New Orleans, LA 70130
Fax: 504-568-5754

JAMES E. STEWART, SR.
Caddo Parish District Attorney's Office
501 Texas St., 5th floor
Shreveport, LA 71101
Fax: 318-226-6878

J. SCHUYLER MARVIN
Bossier Parish District Attorney's Office
204 Burt Blvd, Benton, LA 71006
Fax: 318-965-2233

                                    /s/ *Janet Crepps*