**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF LOUISIANA**

**June Medical Svcs. LLC d/b/a HOPE**
**Medical Group for Women, on behalf of**
**its patients, physicians, and staff, et.al.**
*Plaintiffs*

*Civil Action No. 16-CV-444/BAJ-RLB*

*v.*

**Rebekah Gee, in her official capacity as**
**Secretary of the Louisiana Department of**
**Health and Hospitals, et.al.**
*Defendants*

........................................................................

**JOINT STIPULATION FOR NON-ENFORCEMENT AS TO PLAINTIFFS**
**AND PROPOSED ORDER**

The parties, through their counsel, file this Joint Stipulation for Non-Enforcement and Proposed Order, and respectfully represent to the Court as follows:

1. Defendants, as well as their employees, agents and successors, stipulate that they shall not enforce Louisiana House Bills 1081, 1019, 815, 386, 488, and 606, and Senate Bill 33, resulting from the 2016 Regular Session, against any of the Plaintiffs until such time as the Court has conducted a hearing and ruled on the Plaintiffs' forthcoming requests for preliminary injunction and the relief requested therein. Defendants further agree not to investigate or take any action against any Plaintiffs for any for any alleged violations of Louisiana House Bills 1081, 1019, 815, 386, 488, and 606, and Senate Bill 33 that may take place while this stipulation is in force.

2. Defendants, their employees, agents, and successors, further stipulate that they shall not enforce the information requirements or any other provision of HB 1019 against any person until the Court has conducted a hearing and ruled on the Plaintiffs' forthcoming request for preliminary injunction and the relief requested therein.

3. In the event any one of the challenged statutes or any part of a statute is not enjoined by this Court after completion of the hearing on the forthcoming request for a preliminary

injunction, the parties may stipulate at that time to an extension of the stipulation of non-enforcement or any party may seek any other relief as deemed appropriate by that party.

4. Plaintiffs stipulate and agree not to seek attorney fees, penalties, damages or other costs from Defendant James Stewart, in his official capacity as District Attorney for Caddo Parish, Defendant J. Schuyler Marvin, in his official capacity as District Attorney for Bossier and Webster Parishes, and Defendant Michael Burdine, M.D, in his official capacity as President of the Louisiana State Board of Medical Examiners and Defendants Stewart, Marvin, and Burdine stipulate and agree not to take any action against any party to enforce any of the challenged statutes until such time as a final non-appealable decision has been rendered in this matter; provided, however that if any statute or portion challenged in this case is not enjoined from enforcement and no longer subject to appeal, these defendants may take action as required by their particular legal or professional duties.

5. Undersigned counsel for Plaintiffs and Defendants stipulate that on November 16, 2016, counsel for the parties shall present to the Court for its approval a joint stipulation setting forth future scheduling for all motions, hearings and discovery. This stipulation is made without prejudice to any claim or defense any party may assert subsequently in this litigation.

6. This stipulation may be executed in counterparts.

By: /s/ Janet Crepps___                             Date: 7/15/2016
Janet Crepps
Attorney for Plaintiffs

By: /s/ Elizabeth Murrill__                         Date: 7/15/2016
Elizabeth Murrill, Asst. Attorney General
Bar #20685
For Defendants Jeff Landry and Rebekah Gee

By: /s/ Don S McKinney                              Date: 7/15/2016
Don McKinney, Adams and Reese
Bar # 26685
For J. Michael Burdine, M.D.

By:  /s/ Tommy Johnson                      Date: 7/15/2016
Tommy Johnson, Asst. District Attorney
Bar # 7332
For Defendant James E. Stewart, Sr.


By: /s/ Patrick Jackson                     Date:  7/15/2016
Patrick Jackson, Parish Attorney
Bar #25722
For Defendant J. Schuyler Marvin