UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **JUNE MEDICAL SERVICES LLC, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **REBEKAH GEE, ET AL.** | **NO.: 16-00444-BAJ-RLB** |

## ORDER

**IT IS ORDERED** that the **Joint Motion to Dismiss J. Michael Burdine, M.D., in His Official Capacity as President of the Louisiana State Board of Medical Examiners (Doc. 20)** is **GRANTED**.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **Plaintiffs' claims against Defendant J. Michael Burdine, M.D., in his official capacity as President of the Louisiana State Board of Medical Examiners**, are **DISMISSED WITHOUT PREJUDICE**.

Baton Rouge, Louisiana, this 18TH day of January, 2017.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**