IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES LLC, d/b/a HOPE MEDICAL GROUP FOR WOMEN, on behalf of its patients, physicians, and staff, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REBEKAH GEE, in her official capacity as Secretary of the Louisiana Department of Health, et al.,<br><br>Defendants. | Case No. 3:16-CV-444-BAJ-RLB |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Pursuant to Local Rule 7, Plaintiffs and Defendants jointly move that this Court amend the fact discovery deadline provided in the Court's Scheduling Order of January 12, 2018 Doc. No. 94.

On January 12, 2018, this Court ordered the parties to file all discovery motions and complete all discovery except experts by June 1, 2018. The parties jointly move the Court to amend this deadline to June 30, 2018.

The parties have worked diligently to complete discovery, but seek this extension because there are several outstanding discovery requests, including: Defendants Third Set of Interrogatories and Third Request for Production of Documents which were served on Plaintiffs on April 30, 2018; Plaintiffs' Second Set of Interrogatories, Second Request for Production of Documents, and First Requests for Admission to Defendants Gee and Landry which were served on Defendants on May 1, 2018. There is also a discovery dispute between the parties which is the subject of a motion to compel and opposition pending before this Court. Doc. Nos. 108, 108-1,

1

Doc. No. 112. Due to the outstanding written discovery the parties have not yet noticed depositions for fact and third-party witnesses. Amending this deadline will allow the parties sufficient time to complete fact discovery, without affecting the other deadlines in the scheduling order.

/s/ Larry Samuel
Charles M. (Larry) Samuel, III
Louisiana State Bar No. 11678
RITTENBERG, SAMUEL AND PHILLIPS, LLC
715 Girod St.
New Orleans, LA 70130-3505
(504) 524-5555
samuel@rittenbergsamuel.com

Janet Crepps*
Molly Duane*
Caroline Sacerdote*
CENTER FOR REPRODUCTIVE RIGHTS
199 Water St., 22nd Floor
New York, NY 10038
(864) 962-8519
jcrepps@reprorights.org

Dimitra Doufekias*
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006-1888
(202) 887-1500
ddoufekias@mofo.com

Scott Llewellyn
MORRISON & FOERSTER LLP
4200 Republic Plaza
370 Seventeenth Street
Denver, Colorado 80202-5638
(303) 592-2204
sllewellyn@mofo.com

Rachel S. Dolphin
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
(415) 268-7000

RDolphin@mofo.com

*Counsel for Plaintiffs*

\**Admitted pro hac vice*


Jeff Landry
Louisiana Attorney General

 /s/    *Elizabeth B. Murrill*
Elizabeth B. Murrill
Solicitor General
OFFICE OF THE ATTORNEY GENERAL
LOUISIANA DEPARTMENT OF JUSTICE
1885 N. Third St.
Baton Rouge, LA 70804
(225) 326-6766
murrille@ag.louisiana.gov

Stephen S. Schwartz*
sschwartz@Schaerr-Duncan.com
SCHAERR | DUNCAN LLP
1717 K Street NW, Suite 900
Washington, DC 20006 (202) 787-1060
Counsel for Defendants

## CERTIFICATE OF SERVICE

I certify that on this 17th day of May, 2018, I electronically filed a copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

>*/s/ Janet Crepps*
>Janet Crepps

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES LLC, d/b/a HOPE MEDICAL GROUP FOR WOMEN, on behalf of its patients, physicians, and staff, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>REBEKAH GEE, in her official capacity as Secretary of the Louisiana Department of Health, et al.,<br><br>Defendants. | Case No. 3:16-CV-444-BAJ-RLB |

**[PROPOSED] ORDER**

The above Joint Motion having been considered and good cause appearing therefore, the deadline for completing all discovery except experts is extended to June 30, 2018.  IT IS SO ORDERED this_____day of _____, 2018.


                                                                          _____
                                                                          JUDGE RICHARD L. BOURGEOIS, JR.
                                                                          UNITED STATES DISTRICT COURT
                                                                          MIDDLE DISTRICT OF LOUISIAN