UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JUNE MEDICAL SERVICES, LLC, ET AL. | CIVIL ACTION |
| VERSUS | |
| REBEKAH GEE, ET AL. | NO. 16-00444-BAJ-RLB |

### ORDER

Considering the United States Court of Appeals for the Fifth Circuit's January 7, 2022 Opinion and Order remanding this matter so that the Court may re-evaluate its "sealing orders under the proper legal standard within 30 days" (Doc. 386 at 13),

**IT IS ORDERED** that within 7 days of the date of this Order the parties shall meet and confer in good faith to determine the following based solely on the guidance set forth in the Fifth Circuit's January 7 Opinion and Order:

(1) Which documents the parties agree should be unsealed;

(2) Which documents the parties agree should be unsealed subject to redaction;

(3) Which documents the parties agree should remain sealed; and

(4) Which documents remain subject to disagreement.

**IT IS FURTHER ORDERED** that within 7 days of the date of this Order, after meeting and conferring in good faith, the parties shall file a Joint Memorandum which shall concisely set forth the following:

(1) Which documents the parties agree should be unsealed (identified by document number and document title);

(2) Which documents the parties agree should be unsealed subject to redaction (identified by document number and document title);

(3) Which documents the parties agree should remain sealed (identified by document number and document title);

(4) Which documents remain subject to disagreement; and

(5) For any documents that remain subject to disagreement:

   a. The document number at issue;

   b. The title of the document at issue;

   c. The current status of the document in the record (*i.e.*, sealed, unsealed, or unsealed subject to redactions); and

   d. A concise statement from each party regarding their position on the document, citing specifically to the Fifth Circuit's January 7 Opinion and Order.[1]

---

[1] The Court emphasizes that this is not an opportunity to provide additional briefing regarding the parties' respective positions. Rather, the parties shall limit their analysis to the specific guidance set forth in the Fifth Circuit's January 7 Opinion and Order.

(6) For each document that the parties agree should be unsealed subject to redaction, the parties shall file a separate attachment setting forth the agreed redacted version of the document.

Baton Rouge, Louisiana, this 12th day of January, 2022

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA