UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**JUNE MEDICAL SERVICES, LLC, ET AL.**                    CIVIL ACTION

**VERSUS**

**REBEKAH GEE, ET AL.**                    NO. 16-00444-BAJ-RLB

## ORDER

Now before the Court is the parties' **Joint Motion For Extension Of Time To Meet And Confer And File Joint Memorandum (Doc. 388)**, seeking an extension of the response deadline set forth in the Court's January 13, 2022 Order requiring the parties to re-evaluate their positions on "outstanding sealing issues" in light of guidance provided by the U.S. Court of Appeals for the Fifth Circuit in its January 7, 2022 Remand Order. (Doc. 386; Doc. 387). The parties request fourteen additional days to meet, confer, and prepare their joint memorandum, citing the fact that their respective "offices are closed during the upcoming federal holiday on January 17, 2022." (Doc. 388, p. 1).

The Fifth Circuit provided the Court thirty days, or until Monday, February 7, 2022, to re-evaluate its sealing orders. (Doc. 386, p. 13). The parties now request an extension through Thursday, February 3, 2022, to file their Joint Memorandum on the issue. (Doc. 388). The parties' proposed two-week extension is both wholly out of proportion to the basis of their request—a one-day holiday—and untenable, as it would leave the Court just four calendar days to comply

1

with the Fifth Circuit's mandate to re-evaluate the parties' positions and make final determinations regarding outstanding sealing issues based on the guidance set forth in the Circuit's January 7 Remand Order. Finally, the Court has little sympathy for the parties' current predicament, insofar as many (if not all) of the sealing issues presently under dispute were ostensibly settled long-ago under the parties' agreed protective orders.

Despite these misgivings, the parties' Motion shall be granted in part, and the parties' shall be provided one additional day to comply with the Court's January 13 Order, to compensate for the upcoming Dr. Martin Luther King, Jr. holiday.

Accordingly,

**IT IS ORDERED** that the parties' **Joint Motion For Extension Of Time To Meet And Confer And File Joint Memorandum (Doc. 388)** be and is hereby **GRANTED IN PART**, and that the deadline to respond to the Court's January 13, 2022 Order be and is hereby extended to and through Friday, January 21, 2022.

**No further extensions will be allowed.**

Baton Rouge, Louisiana, this 16th day of January, 2022

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**