# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

JUNE MEDICAL SERVICES, LLC, ET AL.   CIVIL ACTION

VERSUS

REBEKAH GEE, ET AL.   NO. 16-00444-BAJ-RLB

## ORDER

Before the Court is the parties' Joint Memorandum regarding the outstanding sealing issues in this matter. (Doc. 390). Of the twenty-three documents still in dispute, Plaintiffs submit that certain documents should be subject to redaction. Defendants disagree. To facilitate the efficient disposition of the disputed documents, Plaintiffs shall file the proposed redacted versions of the disputed documents on or before Monday, January 31, 2022.

Accordingly,

**IT IS ORDERED** that Plaintiffs shall file proposed redacted versions of the disputed documents, as necessary, on or before Monday, January 31, 2022.

Baton Rouge, Louisiana, this 26th day of January, 2022.

JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA