**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| JUNE MEDICAL SERVICES LLC, d/b/a HOPE MEDICAL GROUP FOR WOMEN, on behalf of its patients, physicians, and staff; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Courtney Phillips, in her official capacity as Secretary of the Louisiana Department of Health; et al., <br><br> Defendants. | No. 3:16-CV-444-BAJ-RLB |

**PLAINTIFFS' UNOPPOSED MOTION FOR A RULING ON THE PAPERS OR, IN THE ALTERNATIVE, CONVERSION OF EVIDENTIARY HEARING TO ORAL ARGUMENT**

Plaintiffs June Medical Services LLC, d/b/a Hope Medical Group for Women, on behalf of its patients, physicians, and staff, et al., and John Doe 1, M.D., John Doe 2, M.D., and John Doe 3, M.D., move for a ruling on the papers or, in the alternative, for oral argument in lieu of the evidentiary hearing scheduled for March 22, 2022. This motion is based on the attached Memorandum, along with Plaintiffs' Supplemental Memorandum Filed Pursuant to Order (ECF No. 396) and accompanying exhibits. Defendants do not oppose this motion.

Dated: February 22, 2022         Respectfully submitted,

*/s/ Charles M. Samuel*

| | | |
|---|---|---|
| Charles M. (Larry) Samuel, III <br> La. State Bar No. 11678 <br> RITTENBERG, SAMUEL & PHILLIPS, LLC <br> 1539 Jackson Ave., Suite 630 <br> New Orleans, LA 70130 <br> (504) 524-5555 <br> samuel@rittenbergsamuel.com <br> *Counsel for Plaintiffs* | Caroline Sacerdote* <br> CENTER FOR REPRODUCTIVE RIGHTS <br> 199 Water St., 22nd Floor <br> New York, NY 10038 <br> (917) 637-3646 <br> csacerdote@reprorights.org | Dimitra Doufekias* <br> MORRISON & FOERSTER LLP <br> 2000 Pennsylvania Ave., NW <br> Suite 6000 <br> Washington, DC 20006-1888 <br> (202) 887-1500 <br> DDoufekias@mofo.com <br> *admitted *pro hac vice* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February 2022, a copy of the foregoing Plaintiffs' Unopposed Motion for a Ruling on the Papers or, in the Alternative, Conversion of Evidentiary Hearing to Oral Argument has been served on counsel for Defendants via the Middle District of Louisiana's Electronic Filing System.

/s/ Charles M. Samuel, III
Charles M. Samuel, III